ORIGINAL

CLARE E. CONNORS, #7936
United States Attorney
District of Hawaii

CHRISTINE OLSON
REBECCA PERLMUTTER
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Emails:    Christine.Olson2@usdoj.gov
           Rebecca.Perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 24 2022
at ___ o'clock and ___ min. ___ M
CLERK, U.S. District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR22-00023 DKW |
|---|---|
| Plaintiff, | ) INDICTMENT |
| vs. | ) [18 U.S.C. § 2422(b); 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)] |
| LYLE RIKIO CUMMINGS, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

## Count 1
### Coercion and Enticement
### (18 U.S.C. § 2422(b))

On or about and between March 13, 2020 and March 15, 2020, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, LYLE RIKIO CUMMINGS, the defendant, did use any facility and means of interstate and foreign commerce, namely, the Internet and a cellular phone, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity under such circumstances as would constitute a criminal offense under Hawaii state law, specifically Hawaii Revised Statutes, Section 707-730(1)(b), and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

## Count 2
### Possession with Intent to Distribute Cocaine and Cocaine Base
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about March 15, 2020, within the District of Hawaii, LYLE RIKIO CUMMINGS, the defendant, did knowingly and intentionally possess with intent to distribute controlled substances, namely a mixture or substance containing cocaine, and a mixture or substance containing cocaine base, also known as "crack," both Schedule II controlled substances, to another individual.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE NOTICE

1. The allegations set forth in Count 1 of this Indictment are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 2428.

2. The United States hereby gives notice that, upon conviction of the offense charged in Count 1 of this Indictment, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2428(a), of (1) the defendant's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (2) any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violation. This includes, but is not limited to, $645.00 and a black iphone 7 model A1660.

3. If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: March  24 , 2022, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson

_____
FOREPERSON, GRAND JURY

*[signature]* for

CLARE E. CONNORS
United States Attorney
District of Hawaii

*[signature]*

CHRISTINE OLSON
REBECCA PERLMUTTER
Assistant U.S. Attorneys

United States v. Lyle Rikio Cummings
Indictment
Cr. No.  CR22-00023 DKW

4